IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) Cr. No. CR 06 110 ML
vs. )
) In violation of 18 U.S.C. § 3146(a)(1).
JACQUELINE SOTO PEREZ )

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about September 29, 2006, in the District of Rhode Island, the Defendant, Jacqueline Soto Perez, having been released pursuant to 18 U.S.C. §§ 3141(b) & 3143 (a), knowingly failed to appear before the United States District Court for the District of Rhode Island, as required by the conditions of her release,

In violation of 18 U.S.C. § 3146(a)(1).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ADI GOLDSTEIN
Assistant U.S. Attorney

LUIS M. MATOS
Criminal Division Chief

Dated October 18, 2006